**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Vivian Denise WELCH, also known as Felicia P Jackson, Defendant— Appellant.**

**No. 05–30057.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Matthew H. Thomas, Esq., USTA—Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Carol A. Elewski, Esq., Tumwater, WA, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Vivian Denise Welch appeals the district court's revocation of her supervised release and imposition of a sentence of an eleven-month sentence upon revocation. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

The United States has requested that we dismiss Welch's appeal based on the fugitive disentitlement doctrine. We are empowered under the fugitive disentitlement doctrine to dismiss the appeal of a defendant who flees the jurisdiction of the United States after timely appealing. *See Parretti v. United States,* 143 F.3d 508, 510 (9th Cir.1998) (en banc). Upon review, we conclude that applying the disentitlement doctrine to this appeal furthers the punitive and deterrent purposes of the doctrine, and we dismiss the appeal. *See Antonio–Martinez v. INS,* 317 F.3d 1089, 1091–93 (9th Cir.2003).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

The unopposed Motion of the United States For Judicial Notice of the contents of the Supplemental Excerpt of Record is granted.

DISMISSED.